IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSICA KRUGER, on behalf of**                                      **PLAINTIFF**
**herself and all others similarly situated**

v.                  **CASE NO. 4:18-CV-00829-BSM**

**PERFECTVISION MANUFACTURING INC.**                    **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 49], this case is dismissed with prejudice and each party shall bear its own costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED, this 25th day of February, 2021.

                                                           _/s/ Brian S. Miller_
                                                           UNITED STATES DISTRICT JUDGE