IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSICA KRUGER, on behalf of                                                PLAINTIFF
herself and all others similarly situated

v.                          CASE NO. 4:18-CV-00829-BSM

PERFECTVISION MANUFACTURING INC.                                DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 25th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE